UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ANTONIO FERNANDEZ,

    Plaintiff,

  v.

TAREK M. BERRI;
TMB OIL CO., INC., a California Corporation; and Does 1-10,

    Defendants.

Case No.: 8:20-cv-01145-SVW-JDE

**ORDER**

## **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: December 15, 2020

HONORABLE STEPHEN V. WILSON
United States District Judge